Franklin│Soto LLP
Joshua D. Franklin, SBN 264536
josh@franklinsoto.law
Cheryl Dunn Soto SBN 250892
Cheryl@franklinsoto
445 Marine View Avenue, Suite 300
Del Mar, California 92014
Telephone: 619.872.2521

John G. Papianou (admitted *pro hac vice*)
jpapianou@mmwr.com
Alexandra S. Jacobs (admitted *pro hac vice*)
ajacobs@mmwr.com
Erin A. Novak (admitted *pro hac vice*)
enovak@mmwr.com
Montgomery, McCracken, Walker & Rhoads, LLP
123 S. Broad St.
Philadelphia, PA 19109
Telephone: (215) 772-7510

*Counsel for Defendant General Information Solutions LLC*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED S. ADAN<br><br>Plaintiff,<br><br>v.<br><br>GENERAL INFORMATION SERVICES, INC.<br><br>Defendant. | Case No. 3:17-cv-00952-BAS-WVG<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Mohamed S. Adan and Defendant General Information Solutions LLC, (f.k.a. General Information Services, Inc.) that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, this action be dismissed with prejudice, with each party to bear his/its own attorney's fees, costs and expenses incurred.

| | | |
|---|---|---|
| 1 | DATED: February 1, 2018 | DHF LAW, PC |
| 2 | | By: /s/ Devin H. Fok |
| 3 | | Devin H. Fok, Esq. |
| | | Attorneys for Plaintiff, |
| 4 | | MOHAMED ADAN |
| 7 | DATED: February 1, 2018 | MONTGOMERY MCCRACKEN WALKER & RHOADS LLP |
| 9 | | By: */s/ Erin A. Novak* |
| 10 | | Erin A. Novak |
| | | Attorneys for Defendant, |
| 11 | | GENERAL INFORMATION |
| 12 | | SOLUTIONS LLC |